# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| PENNSYLVANIA AFL-CIO, BY ITS TRUSTEES AD LITEM, RICHARD W. BLOOMINGDALE AND FRANK SNYDER, | : No. 88 MAP 2019 |
| | : |
| | : Appeal from the Order of the |
| | : Commonwealth Court at No. 62 MD |
| Appellants | : 2019 dated October 11, 2019. |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, GOVERNOR TOM WOLF, IN HIS OFFICIAL CAPACITY; W. GERARD OLEKSIAK, SECRETARY OF THE DEPARTMENT OF LABOR AND INDUSTRY, IN HIS OFFICIAL CAPACITY, | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**                                    **DECIDED:  August 18, 2020**

AND NOW, this 18th day of August, 2020, the Order of the Commonwealth Court is AFFIRMED.